**Opinion issued May 5, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00186-CV

————————————

## SOCRATES ALVAREZ, Appellant

## V.

## SMITH HAMPTON HOLDINGS LLC D/B/A THIRD STREET VILLAGE, Appellee

---

**On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Case No. CV-0073150**

---

## MEMORANDUM OPINION

Appellant, Socrates Alvarez, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.